```
          IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF TEXAS

                   BEAUMONT DIVISION
```

| | | |
|---|---|---|
| LAWRENCE GERALD RIDEAUX | § | |
| VS. | § | CIVIL ACTION NO. 1:99cv526 |
| E.B. MCCULLOUCH | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Lawrence Gerald Rideaux, formerly an inmate at the Jefferson County Correctional Facility, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against E.B. McCullouch.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends that a judgment be entered awarding plaintiff $1,650 in compensatory damages and $1,000 in punitive damages.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this the 19th day of May, 2006.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE